*Lee I. Park* and *Clarence F. Rothenburg* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Clapp* and *Samuel D. Slade* for the United States.

No. 512. REYNOLDS *v.* BALTIMORE & OHIO RAILROAD Co. C. A. 7th Cir. Certiorari denied. *Frank E. Lorch* and *Evan A. McLinn* for petitioner. *E. H. Burgess* and *Kenneth H. Ekin* for respondent.

No. 518. MONTANA POWER Co. *v.* FEDERAL POWER COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *J. E. Corette, Jr., S. B. Chase, Jr., John C. Hauck, Herbert M. Bingham* and *H. Donald Kistler* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Clapp, Paul A. Sweeney, Melvin Richter, Herman Marcuse, Bradford Ross, Willard W. Gatchell* and *Bernard A. Foster, Jr.* for respondent.

No. 521. HART ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Donald S. Caruthers* and *Howard W. Smith, Jr.* for petitioners. *Solicitor General Perlman, Ed Dupree, Leon J. Libeu* and *Nathan Siegel* for the United States.

No. 523. GOLDMAN *v.* GENERAL MILLS, INC. C. A. 8th Cir. Certiorari denied. *David W. Louisell* and *Irving H. Green* for petitioner. *Frank J. Morley, D. E. Balch, A. Lyman Beardsley* and *Edward K. Thode* for respondent.

No. 484. VRILIUM PRODUCTS Co. ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Leslie E. Salter* for petitioners. *Solicitor General Perlman, Assist-*